HONORABLE RONALD B. LEIGHTON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

WALTER L. MARTIN,

Defendant.

Case No. CR03-5426 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Defendant's Status Report Regarding Defendant's Motion for Release of Property [Dkt. #170].

Having considered the entirety of the records and file herein, the Court rules as follows:

Defendant Walter L. Martin filed pro se a Letter/Motion for Release of Property [Dkt. #'s 158, 160]. The Court elicited the assistance of defendant's counsel, Jerome Kuh, Esq. in order to facilitate Martin's attempt to regain his property. Mr. Kuh investigated the matter and reported to the Court that some of the defendant's property was forfeited in related state court proceedings, and other property was lost by Pierce County officials. Mr. Kuh has informed Martin that his recourse for the lost property is with Pierce County. Based upon this information, defendant now moves to withdraw defendant's motion for release of property filed with this Court [Dkt. #'s 158, 160]. That motion is **GRANTED**.

**IT IS SO ORDERED.**

ORDER
Page - 1

1    The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing

2   pro se.

3    Dated this 14th day of December, 2006.

4

5    _____
     RONALD B. LEIGHTON
6    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2